IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | NO. 4:23-cr-0320-P |
| MARK RUBIN (01), | § § § § | |
| Defendant. | § | |

NOTICE OF APPEARANCE OF COUNSEL

Lynette S. Byrd, of Oberheiden P.C., hereby enters her appearance as counsel for Defendant Mark Rubin in connection with all matters and proceedings relating to the above-captioned case.  Ms. Byrd is a member of this Court and her contact information is as follows:

**Lynette S. Byrd**
Texas Bar No. 24047126
Email: lsb@federal-lawyer.com
OBERHEIDEN P.C.
440 Louisiana Street, Suite 200
Houston, TX 77002
Telephone: (469) 955-3975
Fax: (972) 559-3365

In conjunction with this filing, Ms. Byrd requests to be designated as Attorney to be Noticed.

WHEREBY, Lynette S. Byrd respectfully requests that she be added to this case as attorney for Defendant Mark Rubin and that she hereafter receive notice of all settings and filings in this matter.

DATED:  December 6, 2023

/s/ LSByrd
**Lynette S. Byrd**
Texas Bar No. 24047126
Email: lsb@federal-lawyer.com
OBERHEIDEN P.C.
440 Louisiana Street, Suite 200
Houston, TX 77002
Telephone: (469) 955-3975
Fax: (972) 559-3365)
ATTORNEY FOR DEFENDANT
MARK RUBIN

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, a true and correct copy of the above and foregoing instrument was served electronically on all counsel of record via ECF.

/s/  LS Byrd
Lynette S. Byrd

2