IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **v.** | § § | **CRIMINAL NO. 4:23-cr-0320-P** |
| **MARK RUBIN (1),** | § § § | |
| **Defendant.** | § § | |

## UNOPPOSED MOTION TO CONTINUE

Defendant Mark Rubin respectfully requests a one-month continuance of his Arraignment/Initial Appearance (Guilty Plea) currently set for December 13, 2023 at 1:30 p.m. before Magistrate Judge Jeffrey L. Cureton. In support, Defendant states as follows:

1. Defendant resides in Arizona and will need to make travel arrangements to be in Fort Worth for his appearance.

2. Defendant has previously scheduled travel plans in place for the period of December 14-17, 2023.

3. Defendant's counsel will be traveling for the holidays from December 16-25.

4. Defendant's counsel has a DEA hearing previously scheduled for January 8-11.

5. Defendant has credibly represented he intends to voluntarily appear at a time when he and his counsel are available, when given time to make travel arrangements, and as further ordered by this Court.

The instant motion is made for good cause and not for undue delay and is not opposed by the United States.

WHEREFORE, Defendant respectfully requests that this Court continue his Arraignment/Initial Appearance (Guilty Plea) to a date on or after January 15, 2023.

Dated:  December 7, 2023

                Respectfully submitted,

/s/ LSByrd
**Nick Oberheiden**
NY Reg. No. 4619011
nick@federal-lawyer.com
**Lynette S. Byrd**
Texas Bar No. 24047126
Email: lsb@federal-lawyer.com
OBERHEIDEN P.C.
440 Louisiana Street, Suite 200
Houston, TX 77002
Telephone: (310) 334-7648
Fax: (972) 559-3365
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with AUSA Philip Meitl concerning the content of the instant motion, and he indicated that the government is not opposed.

/s/ LSByrd
Lynette S. Byrd

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, a true and correct copy of the above and foregoing instrument was served electronically on all counsel of record via ECF.

/s/ LSByrd
Lynette S. Byrd