UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-CR-320-Y |
| | § | |
| MARK RUBIN (1) | § | |

## ORDER SETTING CONDITIONS OF SUPERVISED RELEASE

The defendant, while on supervised release, shall comply with the standard conditions recommended by the U. S. Sentencing Commission at §5D1.3(c) of the U. S. Sentencing Commission Guidelines Manual and shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

cooperate in the collection of DNA as directed by the probation officer, as authorized by the Justice for All Act of 2004;

report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Federal Bureau of Prisons;

take notice that the mandatory drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse;

not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the business of billing of Federal health care or the billing of private health care without the probation officer's approval;

provide to the probation officer complete access to all business and personal financial information;

pay a fine of $40,000 through the office of the U.S. District clerk, 501 West 10th Street, Room 310, Fort Worth, Texas 76102. This amount is the total of the fine imposed on Count 1 of the one-count information. ~~The Court has determined that the defendant does not have the ability to pay interest; therefore, the interest requirement is waived pursuant to 18 U.S.C. §3612(f)(3). If,~~ upon commencement of the term of supervised release, any part of the fine ordered by the judgment remains unpaid, the defendant shall make payments on such unpaid balance at the rate of at least ~~$500~~ $1000 TRM per month. The first such payment shall be made no later than 60 days after the defendant's release from confinement and another payment shall be made on the same day of each month thereafter until the fine is paid in full;

make restitution in the amount of $~~330,000~~ 143,715 TRM. Restitution shall be paid to the U.S. District clerk, 501 West 10th Street, Room 310, Fort Worth, Texas 76102, for disbursement to Medicare, Humana, and Optum. If, upon commencement of the term of probation, any part of the ~~$330,000 is~~ TRM restitution ordered by the judgment remains unpaid, the defendant shall make payments on such unpaid balance at the rate of at least ~~$500~~ $3000 per

month, the first such payment to be made no later than 60 days from the date of the judgment with another payment to be made on the same day of each month thereafter until the restitution is paid in full.

## DEFENDANT'S ACKNOWLEDGMENT OF RECEIPT

I acknowledge receipt of and I have retained a copy of this order setting my conditions of supervised release. I understand them and I waive the reading of them in open court. I agree to be bound by them and subject to revocation for violation of any of them.

_____
MARK RUBIN (1), Defendant


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed April 30, 2024.